# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LAWRENCE CROSS**,

    Plaintiff(s)
vs.                                                    **CASE NUMBER:**    3:10-CV-1179

**STATE FARM INSURANCE COMPANY**,
**and JOHN DOE**,

    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the plaintiff Lawrence Cross pay to defendant State Farm Insurance Company the sum of $2,414.50 in attorneys' fees, and $206.05 in costs, for a total of $2,620.55,

All of the above pursuant to the order of the Honorable Judge DAVID E. PEEBLES, dated the 26th day of February, 2013.

DATED: March 1, 2013

*(signature)*
Clerk of Court

*(signature)*
Christine Mergenthaler
Deputy Clerk

entered and served
3/1/13 - cm